FILED 21 APR '22 14:47 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00144-IM |
| v. | INDICTMENT |
| MARIO CAMARENA-ZAMORA, | 8 U.S.C. § 1326 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Illegal Reentry)**
**(8 U.S.C. § 1326)**

On or about February 1, 2022, in the District of Oregon, defendant **MARIO CAMARENA-ZAMORA**, an alien and citizen of Mexico, was found in the United States, having previously been denied admission, excluded, deported, and removed from the United States as an alien on May 29, 2018, defendant having knowingly and unlawfully re-entered, without the express consent of the Attorney General of the United States, or his successor, the

///

///

///

**Indictment**  **Page 1**

Secretary for Homeland Security, to his reapplying for admission to the United States from a place outside the United States;

In violation of Title 8, United States Code, Section 1326.

Dated: April 21, 2022.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

_____
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney