AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

*ORIGINAL*

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   3:22-cr-00144-IM |
| MARIO CAMARENA-ZAMORA | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MARIO CAMARENA-ZAMORA                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Illegal Reentry

Date:   **04/21/2022**                                                              **s/D. Norris**
                                                                                  *Issuing officer's signature*

City and State:   **Portland, Oregon**                                   **D. Norris, Deputy Clerk**
                                                                                  *Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 4/25/22
ARRESTED BY ICE

Date: _____                                    U.S. MARSHAL

                                                                  *Arresting officer's signature*

GERLO, R.U.

BY                                                                *Printed name and title*