# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

UNITED STATES OF AMERICA,

v.

MARIO CAMARENA-ZAMORA

Case No. 3:22-cr-00144-IM-1

DETENTION ORDER
(Violation of Pretrial Release)

After a hearing pursuant to 18 USC § 3148 (violation of pretrial release order), the court finds that:

1. ☐ there is probable cause to believe the defendant has committed a federal, state, or local crime while on release and has not rebutted the presumption that his/her release will endanger another or the community, *or*
   ☐ there is clear and convincing evidence that the defendant has violated another condition of release, *or*
   ☑ the defendant stipulates he/she violated a condition of release, *and*

2. ☐ based on the factors set forth in 18 USC § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community, *or*
   ☑ defendant is unlikely to abide by any condition or combination of conditions of release.

Dated: January 27, 2025

_____
Jeff Armistead
United States Magistrate Judge

DETENTION ORDER (Pretrial Release Violation)